# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IVAN DOMINGUEZ,<br><br>   Petitioner,<br><br>vs.<br><br>RENEE BAKER, *et al.,*<br><br>   Respondents. | 3:12-cv-00128-LRH-VPC<br><br>**ORDER** |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has filed a motion to voluntarily dismiss his petition without prejudice. (ECF No. 5.) Petitioner concedes that the grounds in his petition are not yet exhausted and remain pending before the Nevada Supreme Court. (*Id*.)

**IT IS THEREFORE ORDERED** that petitioner's motion to voluntarily dismiss his petition (ECF No. 5) is **GRANTED.**

**IT IS FURTHER ORDERED** that the petition is **DISMISSED without prejudice** as wholly unexhausted.

**IT IS FURTHER ORDERED** that the clerk is directed to enter judgment accordingly.

DATED this 16th day of May, 2012.

                    _____
                    LARRY R. HICKS
                    UNITED STATES DISTRICT JUDGE