AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

IVAN DOMINGUEZ,

      Petitioner,

V.

RENEE BAKER, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:12-CV-00128-LRH-VPC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's motion to voluntarily dismiss his petition (#5) is **GRANTED.**

    **IT IS FURTHER ORDERED** that the petition is **DISMISSED without prejudice** as wholly unexhausted.

   May 17, 2012                                                  **LANCE S. WILSON**
                                                                                            Clerk

                                                                                        /s/ D. R. Morgan
                                                                                          Deputy Clerk