AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

IVAN DOMINGUEZ,

      Petitioner,        JUDGMENT IN A CIVIL CASE

V.

                         CASE NUMBER: **3:12-CV-00128-LRH-VPC**

RENEE BAKER, et al.,

      Respondents.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's motion to voluntarily dismiss his petition (#5) is **GRANTED.**
    **IT IS FURTHER ORDERED** that the petition is **DISMISSED without prejudice** as wholly unexhausted.

  May 17, 2012                                       **LANCE S. WILSON**
                                                                  Clerk

                                                              /s/ D. R. Morgan
                                                               Deputy Clerk